UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JONEA KRYSTAL LYNN THIGPEN | CASE NO. 6:21-CV-03171 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| DR KILOLO KIJAKAZI | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Before this Court is a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) filed by the government. (Rec. Doc. 4). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the finding of non-disability by the Commissioner of Social Security in this matter is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation, including a hearing on claimant's claim and compliance with Ruling 79-19, should claimant decide to waive personal appearance at such hearing.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this ___ day of March, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE